```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 25187
   ROBERT NUNNALLY
   VERA NUNNALLY                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-2685    SSN XXX-XX-3212

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 07/06/2004 and was confirmed 09/15/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  92.00%.

     The case was paid in full 08/12/2008.
-----------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
-----------------------------------------------------------------------
AMERICAN GENERAL FINANCE     SECURED           1837.00          39.51         1837.00
AMERICAN GENERAL FINANCE     UNSECURED         2277.86            .00         2095.63
FORD MOTOR CREDIT            SECURED           2991.40          48.54         2991.40
FORD MOTOR CREDIT            UNSECURED        NOT FILED           .00             .00
SEATTLE MORTGAGE             CURRENT MORTG        .00             .00             .00
LVNV FUNDING LLC             UNSECURED         2182.27            .00         2007.69
ROUNDUP FUNDING LLC          UNSECURED         8974.51            .00         8256.55
CAPITAL ONE BANK             UNSECURED          518.90            .00          477.39
SMC                          UNSECURED          650.22            .00          598.20
ECAST SETTLEMENT CORP        UNSECURED         6683.49            .00         6148.81
ECAST SETTLEMENT CORP        UNSECURED         7720.91            .00         7103.24
ECAST SETTLEMENT CORP        UNSECURED          749.02            .00          689.10
SAMS CLUB                    UNSECURED        NOT FILED           .00             .00
RESURGENT ACQUISITION LL     UNSECURED         6228.01            .00         5729.77
WAL MART STORES INC          UNSECURED        NOT FILED           .00             .00
ROBERT J SEMRAD & ASSOC      DEBTOR ATTY       1,555.20                       1,555.20
TOM VAUGHN                   TRUSTEE                                          2,481.62
DEBTOR REFUND                REFUND                                               .00

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE           42,059.65

PRIORITY                                         .00
SECURED                                     4,828.40
     INTEREST                                  88.05
UNSECURED                                  33,106.38
ADMINISTRATIVE                              1,555.20
TRUSTEE COMPENSATION                        2,481.62
DEBTOR REFUND                                    .00

             PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 25187 ROBERT NUNNALLY & VERA NUNNALLY
```

```
                              ---------------    ---------------
TOTALS                           42,059.65         42,059.65
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 11/20/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```